IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                                                      CRIMINAL NO.  2:14-cr-5-KS-MTP-2

CORNELIUS SMITH                                                       DEFENDANT

## ORDER

   This Cause is before the Court on Motion [143] for copy of transcript without costs. In the motion Movant states "I am pursuing a post conviction remedy and require the following documents to prepare an informed defense:  1. Sentencing Transcript." The Movant was sentenced on November 20, 2014, and the final Amended Judgment [131] was entered August 6, 2015. The Statute of Limitations has run for filing of Federal Habeas and Movant has not submitted any viable reason for the Court to furnish a free copy of the sentencing transcript.

   For the reasons above stated the Court finds that the Motion should be and is hereby DENIED.

   SO ORDERED this the ___27th___ day of January 2017.

                                             ___s/Keith Starrett_____
                                             UNITED STATES DISTRICT JUDGE