PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 2 9 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Cornelius Smith

Crim. No. 2:14CR5KS-MTP-002

On __08/29/2018__ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_Amanda C. Pierce_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __28th__ day of __January__, __2021__.

_[signature]_
United States District Judge